IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARDAVIOUS HUTCHINSON, #02444929, Petitioner, | § § § § |
| v. | §   No. 3:24-cv-02167-N (BT) |
| DIRECTOR, TDCJ-CID, Respondent. | § § § § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 4) and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the petitioner's case will be **DISMISSED** pursuant to Rule 4 of the Rules Governing § 2254 cases.

SIGNED this 22nd day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE